```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL REIS, SR. and              )
LAWRENCE J. KATZ, on Their Own     )   Civil Action
Behalf and as Assignees of         )   No. 05-CV-01651
Weaver Nut Company, Inc.,          )
                                   )
            Plaintiffs             )
                                   )
       vs.                         )
                                   )
BARLEY, SNYDER, SENFT              )
& COHEN LLC.,                      )
                                   )
            Defendant              )
```

O R D E R

NOW, this 27th day of March, 2008, upon consideration of the Motion of Defendant, Barley Snyder, LLC, to Strike Plaintiffs' Demand for a Jury Trial, which motion was filed July 13, 2007; upon consideration of Plaintiffs' Opposition to Defendant's Motion to Strike Plaintiffs' Jury Demand and Countermotion Pursuant to Federal Rule of Civil Procedure 39, which opposition and countermotion were filed July 30, 2007; upon consideration of the Memorandum of Law of Defendant in Opposition to Plaintiffs' Motion Pursuant to Fed.R.Civ.P. 39, and in Further Support of its Motion to Strike Plaintiffs' Jury Demand, which memorandum was filed August 9, 2007; and for the reasons expressed in the accompanying Memorandum,

            IT IS ORDERED that the Motion of Defendant, Barley Snyder, LLC, to Strike Plaintiffs' Demand for a Jury Trial is granted.

   <u>IT IS FURTHER ORDERED</u> that plaintiffs' Countermotion Pursuant to Federal Rule of Civil Procedure 39 is denied.

   <u>IT IS FURTHER ORDERED</u> that the plaintiffs' Demand for Jury Trial filed June 29, 2007 is stricken.

              BY THE COURT:

              <u>/s/ JAMES KNOLL GARDNER</u>
              James Knoll Gardner
              United States District Judge