<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
MICHAEL REIS, SR. and              )
LAWRENCE J. KATZ, on Their Own     )   Civil Action
Behalf and as Assignees of         )   No. 05-CV-01651
Weaver Nut Company, Inc.,          )
                                   )
          Plaintiffs               )
                                   )
     vs.                           )
                                   )
BARLEY, SNYDER, SENFT              )
& COHEN LLC.,                      )
                                   )
          Defendant                )
```

<u>VERDICT</u>

NOW, this 30th day of September, 2009, upon consideration of the non-jury trial held July 7-9, 11, 16-18, 21-23, 25, 28-29, August 6-8, 11-15, September 9-12, 18, 23-26, November 14, 2008, and January 13-15 and 27, 2009; after closing arguments; upon consideration of the testimony and evidence adduced at trial; upon consideration of the pleadings and record papers; upon consideration of the parties' post-trial submissions; and for the reasons expressed in the accompanying Adjudication, including Findings of Fact, Conclusions of Law, and Discussion:

I find in favor of defendant Barley, Snyder, Senft & Cohen and against plaintiffs Michael Reis, Sr. and Lawrence J. Katz, individually, and as assignees of the rights of Weaver Nut Company on all claims contained in their Amended Complaint filed April 12, 2006.

<u>IT IS ORDERED</u> that the Clerk of Court shall remove this case from civil suspense.

<u>IT IS FURTHER ORDERED</u> that judgment is entered in favor of defendant Barley, Snyder, Senft & Cohen and against plaintiffs Michael Reis, Sr. and Lawrence J. Katz, individually, and as assignees of the rights of Weaver Nut Company on all claims contained in their Amended Complaint filed April 12, 2006.

<u>IT IS FURTHER ORDERED</u> that the Clerk of Court shall mark this matter closed for statistical purposes.

                              BY THE COURT:

                              /s/ James Knoll Gardner
                              James Knoll Gardner
                              United States District Judge