```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

MICHAEL REIS, SR. and            )
LAWRENCE J. KATZ, on Their Own   )   Civil Action
Behalf and as Assignees of       )   No. 05-cv-01651
Weaver Nut Company, Inc.,        )
                                 )
            Plaintiffs           )
                                 )
       vs.                       )
                                 )
BARLEY, SNYDER, SENFT            )
& COHEN LLC.,                    )
                                 )
            Defendant            )

## O R D E R

NOW, this 27th day of June, 2012, upon consideration of the following documents:

    (1) Defendant Barley Snyder, LLC's Motion for Summary Judgment Pursuant to Fed.R.Civ.P. 56, which motion was filed on January 30, 2012 (Document 236); together with

        (A) Memorandum of Law in Support of Defendant Barley Snyder, LLC's Motion for Summary Judgment Pursuant to Fed.R.Civ.P. 56;

    (2) Defendant Barley Snyder, LLC's Statement of Indisputable Facts in Support of its Motion for Summary Judgment Pursuant to Fed.R.Civ.P. 56, which statement of indisputable facts was filed February 28, 2012 (Document 246);

    (3) Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, which memorandum of law was filed March 19, 2012 (Document 248);

    (4) Plaintiffs' Response in Opposition to Defendant's Statement of Indisputable Facts in Support of its Motion for Summary Judgment, which response was filed March 19, 2012 (Document 249); and

>     (5)   Reply Memorandum in Support of Defendant Barley Snyder, LLC's Motion for Summary Judgment, which reply memorandum was filed April 9, 2012 (Document 250).

upon consideration of the pleadings, record papers and exhibits, submitted by the parties, and for the reasons expressed in the accompanying Opinion,

<u>IT IS ORDERED</u> that Defendant Barley Snyder, LLC's Motion for Summary Judgment Pursuant to Fed.R.Civ.P. 56 is granted.

<u>IT IS FURTHER ORDERED</u> that the remaining portion of Count I of plaintiffs' Amended Complaint alleging a claim for breach of fiduciary duty on behalf of plaintiffs Michael Reis, Sr. and Lawrence J. Katz, individually, is dismissed.

<u>IT IS FURTHER ORDERED</u> that the remaining portion of Count IV of the Amended Complaint brought by plaintiffs individually alleging tortious interference with contractual relations by defendant is dismissed.

<u>IT IS FURTHER ORDERED</u> that judgment is entered in favor of defendant Barley, Snyder, Senft & Cohen, LLC. and against plaintiffs Michael Reis, Sr. and Lawrence J. Katz, individually.[1]

---

[1] All other counts of plaintiff's Amended Complaint were dismissed either by my Order and Opinion dated March 30, 2007 and amended April 2, 2007 granting defendant's motion to dismiss or my Verdict and Adjudication dated September 30, 2009.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this matter closed for statistical purposes.

BY THE COURT:


/s/ JAMES KNOLL GARDNER
James Knoll Gardner
United States District Judge