# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

12-3154

Michael Reis, Sr., et al v. Barley, Snyder, Senft & Cohen

2-05-cv-01651

## ORDER

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant/petitioner failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: September 5, 2012

cc:
Lawrence J. Katz
Mr. Michael Kunz
Arthur W. Lefco, Esq.
Aaron E. Moore, Esq.
Michael Reis Sr.

A True Copy:
*Marcia M. Waldron*
Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.